Michael K. Brown (SBN 104252)
mkbrown@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 808

Steven J. Boranian (SBN 174183)
sboranian@reedsmith.com
Courtland C. Chillingworth (SBN 261140)
cchillingworth@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
Davol Inc. and C.R. Bard, Inc.

FILED

APR 20 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HANSEN,<br><br>          Plaintiff,<br><br>vs.<br><br>DAVOL INC. AND C.R. BARD,<br><br>          Defendants. | Case No.: 2:18-cv-00495-JAM-EFB<br><br>**STIPULATION AND ORDER TO STAY ALL PROCEEDINGS PENDING JPML APPROVAL OF PROPOSED MULTIDISTRICT LITIGATION AND TRANSFER OF CASE**<br><br>Complaint Filed: March 7, 2018<br>FAC Filed: March 26, 2018 |

STIPULATION AND ORDER TO STAY ALL PROCEEDINGS PENDING JPML APPROVAL OF PROPOSED
MULTIDISTRICT LITIGATION AND TRANSFER OF CASE

Plaintiff and Defendants, Davol Inc. and C. R. Bard, Inc., by and through their counsel of record propose the following stay of all proceedings in this case pursuant to a stipulation based on the following:

Plaintiff alleges personal injuries related to the use of the Perfix Plug, a polypropylene mesh medical device manufactured by Defendants for the treatment of hernias. Like Plaintiff, there are more than 80 plaintiffs with products liability cases related to the use of Defendants' hernia repair devices made, at least in part, of polypropylene in federal courts across the country.

Accordingly, on April 10, 2018, pursuant to 28 U.S.C. § 1407, a group of more than 50 plaintiffs filed a Motion for § 1407 Coordination/Consolidation & Transfer of Related Actions ("MDL Motion") with the United States Judicial Panel on Multidistrict Litigation ("JPML").[1] The MDL Motion seeks to transfer all federal products liability cases, both current and subsequently-filed, involving Defendants' hernia mesh medical devices to a single court for purposes of coordination and consolidation of pre-trial proceedings.

Should the JPML grant the MDL Motion, Plaintiff's case would fit squarely within the scope of the MDL being requested and would stand to be transferred to the MDL court imminently.

Accordingly, the parties agree and request a stay of all proceedings in this case pending the JPML's decision on the MDL Motion.

A stay of this nature would serve the interests of justice and judicial economy. As the majority of district courts have found in circumstances in which a pending matter would fall within the scope of a proposed MDL being considered by the JPML, good cause exists to stay all proceedings pending the JPML's decision.

Any pretrial management efforts put forth by this Court will be overtaken by the MDL court's pretrial orders, assuming the case is transferred. A stay would prevent any unnecessary and duplicative pre-trial proceedings, including discovery and motion practice. *See, e.g., Miley v. Bristol-Myers Squibb Co.*, Case No. 0:16-cv-00066-PJS-KMM, 2016 WL 4257596, *1 (D. Minn.

---

[1] The MDL Motion and its supporting brief are attached hereto as Exhibits 1 and 2, respectively.

− 1 −

STIPULATION AND ORDER TO STAY ALL PROCEEDINGS PENDING JPML APPROVAL OF PROPOSED MULTIDISTRICT LITIGATION AND TRANSFER OF CASE

July 8, 2016) ("The Court agrees that the conservation of judicial resources is best served by allowing the JPML the time to determine whether this action should be part of an MDL.")

Moreover, the parties agree that neither party will suffer any prejudice by the issuance of a stay.

IT IS SO STIPULATED.

DATED: April 18, 2018

                        REED SMITH LLP

By: /s/
    Michael K. Brown
    Steven J. Boranian
    Courtland C. Chillingworth

    Attorneys for Defendants
    Davol Inc. and C. R. Bard, Inc.

DATED: April 18, 2018

                        MCCUNE WRIGHT AREVALO, LLP

By: /s/
    Kristy M. Arevalo

    Attorneys for Plaintiff
    Terry Hansen

/ / /

/ / /

/ / /

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

2 | DATED: April 20, 2018

_____
Honorable John A. Mendez
United States District Court Judge